# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

Edilberto Suarez Vergara,

*Petitioner,*

v.

U.S. Immigration and Customs Enforcement, et al.

*Respondents.*

Civil Action Nos. 26-201, 26-344

Judge Shelly D. Dick

Magistrate Judge Scott D. Johnson

## ORDER

Before the Court are Petitioner Edilberto Suarez Vergara's consolidated petition for writ of habeas corpus. The parties appeared before the Court for oral argument on April 28, 2026.

**IT IS ORDERED** that the Petition is **GRANTED** for the reasons stated on the record at the April 28, 2026 oral argument. Respondents are ordered to arrange for Petitioner's transport back to New Jersey and release him within the state of New Jersey within seven days. Petitioner shall be released under the conditions of supervision that were in place prior to his July 2025 re-detention.

**SO ORDERED** in Baton Rouge, Louisiana, this _30_ day of _April_ , 2026.

_Shelly D. Dick_

CHIEF JUDGE SHELLY D. DICK
MIDDLE DISTRICT OF LOUISIANA